**FILED**

02/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0483

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Supreme Court Cause No. DA 20-0483

JAMES F. GARDNER, )
)
    Respondent and Appellant, )
)
    and. )
)
LISA LARRIVEE, )
)
    Petitioner and Appellee. )
)

**ORDER GRANTING
EXTENSION OF TIME**

UPON motion of Appellant, and good cause appearing therein;

IT IS HEREBY ORDERED that Appellant's motion for extension of time is granted.

Appellant shall have up to, and including, March 5, 2021, to prepare and file his Opening Brief

in regard to this appeal pursuant to Rule 26(1) of the Rules of Appellate Procedure.

DATED this _____ day of February, 2021.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2021